UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANIS LAVERN DUNBAR,

Plaintiff,

-against-

CURTIS JAMES JACKSON III, ET AL.,

Defendants.

26-CV-4752 (LLS)

BAR ORDER UNDER
28 U.S.C. § 1651

LOUIS L. STANTON, United States District Judge:

Plaintiff filed this action *pro se*. By order dated August 19, 2026, and entered on August 27, 2026, the Court dismissed the action as frivolous, noted that Plaintiff had filed numerous other actions that were dismissed as frivolous, and ordered Plaintiff, within thirty days, to show cause by declaration why he should not be barred from filing further actions *in forma pauperis* ("IFP") in this court without prior permission. (ECF 6.) Rather than filing a declaration, on August 28, 2026, Plaintiff filed a "motion for default judgement" in which she requests $1 billion for "[f]raud, defamation of character[,] extreme emotional and mental distress." (ECF 7.) Plaintiff's submission is similar to her previous, frivolous filings, and she makes no arguments suggesting that the bar order should not be issued. Accordingly, the Court will issue the bar order.

## CONCLUSION

The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of her proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

The Court directs the Clerk of Court to enter judgment dismissing this action for the reasons stated in the August 19, 2026 order of dismissal (ECF 6) and to terminate any motions in this action.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.