UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANIS LAVERN DUNBAR,

Plaintiff,

-against-

CURTIS JAMES JACKSON III, ET AL.,

Defendant.

26 CIVIL 04752 (LLS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated August 19, 2026, and the Court's Bar Order dated October 8, 2026, the Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. See 28 U.S.C. § 1651. The Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); accordingly, the case is closed.

**Dated:** New York, New York
October 13, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**